1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | PEDRO RODRIGUEZ,                          ) Case No.: 1:20-cv-1792 JLT GSA (PC)
                                             )
12 |            Plaintiff,                    ) ORDER ADOPTING FINDINGS AND
                                             ) RECOMMENDATIONS AND DISMISSING
13 |     v.                                   ) ACTION WITHOUT PREJUDICE
                                             )
14 | GOVERNOR GAVIN NEWSOM, et al.,           ) (Doc. 8)
                                             )
15 |            Defendants.                   )
                                             )
16 | _____ )

17      Pedro Rodriguez, a prisoner proceeding *pro se*, initiated this action by filing a complaint on

18 December 21, 2020.  (Doc. 1.)  Plaintiff contends he has suffered civil rights violations while

19 incarcerated, asserting Valley State Prison officials and the CDCR are treating him "differently from

20 other prisoners convicted of the same category of crime."  (*Id.* at 3.)  On March 15, 2022, the Court

21 reviewed the allegations of the complaint and determined Plaintiff failed to state a cognizable claim.

22 (Doc. 6.)  Therefore, the Court dismissed the complaint with leave to amend within thirty days.  (*Id.* at

23 12.)  The Court advised Plaintiff that failure to comply with the order would result in a

24 recommendation the action be dismissed.  (*Id.*)

25      On May 13, 2022, the assigned magistrate judge found Plaintiff failed to file any amended

26 complaint and did not otherwise respond to the Court's order.  (Doc. 8 at 1-2.)  The magistrate judge

27 recommended dismissal of the action without prejudice for Plaintiff's failure to comply with the

28 Court's order.  (*Id.* at 3.)  When served at Plaintiff's address of record, the Findings and

1

Recommendations was returned as undeliverable on June 6, 2022.  To date, Plaintiff has neither filed an amended complaint as previously ordered nor filed a Notice of Change of Address.

Notably, by failing to provide a Notice of Change of Address, Plaintiff has also failed to comply with Local Rule 183(b), which requires parties "appearing in propria persona [to] keep the Court and opposing parties advised as to his or her current address," and to notify the Court of an address change within 63 days.  *See* Local Rule 183(b).

According to of 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1.   The Findings and Recommendations issued on May 13, 2022 (Doc. 8), are **ADOPTED** in full.

2.   This action is **DISMISSED** without prejudice.

3   The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 16, 2022**

UNITED STATES DISTRICT JUDGE

2